■ In the Matter of JAMES C. BLACK et al., Individually and as a Committee Representing Other Tenants in Premises 55–59 Perry Street and 264–272 West Fourth Street, New York, Appellants, v. ROBERT E. HERMAN, as State Rent Administrator, et al., Respondents.— Order entered on February 26, 1962 unanimously affirmed, with $20 costs and disbursements to the

respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.